**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ] | Chapter 7 Case |
|    WILSON L. MEDDER and | ] | Case No. 10-36687 |
|    ROBYN S. MEDDER, | ] | Hon. BRUCE BLACK (Joliet) |
|                   Debtors. | ] | |

**FIRST AND FINAL APPLICATION OF TRUSTEE FOR STATUTORY
COMPENSATION AND EXPENSE REIMBURSEMENT**

TO THE HONORABLE BRUCE W. BLACK, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

**TRUSTEE SERVICES**

I. **TASKS**

1. Preparation for 341 meeting;

2. Conduct 341 meeting;

3. Recognition of understated valuations in schedules;

4. Engagement in discovery to ascertain extent of value due to Estate;

5. Liquidation of sufficient 541 property to generate a 100% distribution to creditors;

6. File Initial Report of Trustee in Asset Case;

7. File Interim Property Record and Asset Reports;

8. Review claims;

9. Open Bank Account;

10. Preparation of Trustee's Final Report;

11. Preparation in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

12. Anticipated posting and distribution of dividend checks;

13. Preparation and filing of Final Account.

II.   STATUTORY TRUSTEE COMPENSATION CALCULATION

14.   The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $21,679.02 which is the aggregate of Estate's funds distributed to parties in interest other than the Debtors, is as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $1,667.90 |
| Total allowable compensation | $2,917.90 |

IV.   COMPENSATION REQUEST

15.   Trustee and her staff have expended 11.4 hours in the rendition of Trustee services. Based upon Trustee's normal and customary hourly rates, she has $4,478.50[1] worth of professional service. Trustee requests her statutory compensation, however, in the amount of **$2,917.90**.

V.   CONCLUSION

16.   **For the foregoing reasons, Trustee seeks $2,917.90 in statutory compensation and expense reimbursement in the amount of $30.42.**

Respectfully submitted,
Law Office of Deborah K. Ebner

By:   /s/Deborah K. Ebner
Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

---

[1] Detailed time description is available upon request.