**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Robyn Medder § | Case No. 10-36687 |
| Wilson Medder § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/24/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  01/19/2012           By:  /s/DEBORAH K. EBNER
                                            Trustee


DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: Robyn Medder                    §   Case No. 10-36687
      Wilson Medder                    §
                              §
Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 71,221.72 |
| *and approved disbursements of* | $ 2,199.14 |
| *leaving a balance on hand of* [1] | $ 69,022.58 |
| **Balance on hand:** | $ 69,022.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 69,022.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 2,917.90 | 0.00 | 2,917.90 |
| Trustee, Expenses - DEBORAH K. EBNER | 30.42 | 0.00 | 30.42 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,948.32 |
| Remaining balance: | $ 66,074.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 66,074.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 66,074.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,968.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 14,359.53 | 0.00 | 14,359.53 |
| 4 | Chase Bank USA NA | 3,609.14 | 0.00 | 3,609.14 |

Total to be paid for timely general unsecured claims: $ 17,968.67
Remaining balance: $ 48,105.59

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $    48,105.59

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:  $    48,105.59

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $62.89.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $48,042.70.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Wilson L. Medder  
Robyn S Medder  
    Debtors

Case No. 10-36687-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cturner     Page 1 of 2     Date Rcvd: Jan 20, 2012  
                  Form ID: pdf006    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2012.

```
db/jdb       +Wilson L. Medder,    Robyn S Medder,    317 Goldenrod Dr.,    Minooka, IL 60447-8817
16004304      CHASE,    PO BOX 15153,    WILMINGTON, DE 19886-5153
16004305      CHASE,    P.O. BOX 78420,    PHOENIX, AZ 85062-8420
16604953      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16318879      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16004306      HSBC RETAIL SERVICE,    PO BOX 17298,    BALTIMORE, MD 21297-1298
16301797      JPMorgan Chase Bank N.A.,    C/O Mary Lautenbach,    Chase Auto Finance, AZ1-1191,
              201 N Central Ave. Phoenix, AZ 85004
16004308     +LAMONT, HANLEY & ASSOC., INC.,    PO BOX 179,    MANCHESTER, NH 03105-0179
16004311      LIBERTY MUTUAL,    PO BOX 1525,    DOVER, NH 03821-1525
16004310      LIBERTY MUTUAL,    C/O DANIEL RANDALL,    GROUP BENEFITS RECOVERY SPECIALISTS II,    PO BOX 1525,
              DOVER, NH 03821-1525
16004309     +LIBERTY MUTUAL,    PAYMENT CENTER,    1138 ELM ST.,    PO BOX 179,    MANCHESTER, NH 03105-0179
16004312     +SEARS MASTERCARD,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
16004313      SLATE--CHASE,    CARDMEMBER SERVICE,    PO BOX 15153,    WILMINGTON, DE 19886-5153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16004315      E-mail/Text: BK.Notifications@jpmchase.com Jan 21 2012 02:14:22     SUBARU MOTORS FINANCE,
              C/O CHASE,    PO BOX 9001083,    LOUISVILLE, KY 40290-1083
16004314      E-mail/Text: BK.Notifications@jpmchase.com Jan 21 2012 02:14:22     SUBARU MOTORS FINANCE,
              PO BOX 78067,    PHOENIX, AZ 85062-8067
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16004307     ##HSBC RETAIL SERVICES,    PO BOX 15521,    WILMINGTON, DE 19850-5521
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2012**          **Signature:** *Joseph Speetjens*

Case 10-36687   Doc 49   Filed 01/20/12   Entered 01/22/12 23:30:37   Desc Imaged
Certificate of Notice   Page 7 of 7

```
District/off: 0752-1           User: cturner              Page 2 of 2                   Date Rcvd: Jan 20, 2012
                               Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2012 at the address(es) listed below:
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Gary R Garretson    on behalf of Debtor Wilson Medder ggarrets@hotmail.com,
           ggarrets@uti.com;jdurkee1@hotmail.com
          James M Durkee    on behalf of Debtor Wilson Medder jdurkee1@hotmail.com
          Martin B. Tucker    on behalf of Creditor  Liberty Mutual mtucker@fbtlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                            TOTAL: 5